# ELECTRONIC RECORD

COA # 01-14-00697-CR          OFFENSE: 22.02(Aggravated Assault)

STYLE: David Sendejo v. The State of Texas          COUNTY: Harris

COA DISPOSITION:          AFFIRM          TRIAL COURT: 262nd District Court

DATE: 06/18/15          Publish: NO   TC CASE #:   1408625

## IN THE COURT OF CRIMINAL APPEALS          934-15
935-15

STYLE:   David Sendejo v. The State of Texas          CCA #:

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __11/04/2015__          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD